UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| THE UNOFFICIAL ON-SHORE CREDITORS' COMMITTEE OF THE BAYOU FAMILY OF COMPANIES, | : | |
| | : | |
| Plaintiff, | : | 06-cv- |
| | : | |
| v. | : | |
| | : | |
| BAYOU GROUP, LLC, a Connecticut Limited Liability Company, BAYOU MANAGEMENT, LLC, a New York Limited Liability Company, BAYOU SECURITIES, LLC, a New York Limited Liability Company, BAYOU ADVISORS, LLC, a Delaware Limited Liability Company, BAYOU EQUITIES, LLC, a Delaware Limited Liability Company, BAYOU FUND, LLC, a New York Limited Liability Company, BAYOU SUPERFUND, LLC, a Delaware Limited Liability Company, BAYOU NO LEVERAGE FUND, LLC, a Delaware Limited Liability Company, BAYOU AFFILIATES FUND, LLC, a Delaware Limited Liability Company, BAYOU ACCREDITED FUND, LLC, a Delaware Limited Liability Company, SAMUEL ISRAEL, III, and DANIEL MARINO, | : | **06 CIV. 2379** |
| | : | |
| Defendants. | : | |

------------------------------------------------------x

### THE UNOFFICIAL ONSHORE CREDITORS' COMMITTEE OF THE BAYOU FAMILY OF COMPANIES
### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Unofficial Onshore Creditors' Committee Of The Bayou Family Of Companies certifies that as to the Committee in its own capacity, and its voting members -- Silver Creek Capital Management, LLC and Silver Creek Long/Short Holdings, L.L.C., Bermuda Fund, L.P.,

Rembrandt Partners, L.P., Regent University Endowment, and John H. Williams -- there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      March 27, 2006

                              KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                              By: _____
                                  Joseph A. Gershman (JG-8275)
                                  Joshua S. Bauchner (JB-9106)
                                  1633 Broadway
                                  New York, New York 10019
                                  (212) 506-1700

                                  Attorneys for Plaintiff