AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

THE UNOFFICIAL ONSHORE CREDITORS' COMMITTEE OF THE BAYOU FAMILY OF COMPANIES

v.

BAYOU GROUP, LLC, et al.

**APPEARANCE**

Case Number: 06-cv-

**06 CIV. 2379**

U.S. DISTRICT COURT FILED MAR 27 2006 S.D. W.P. OF N.Y.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE UNOFFICIAL ONSHORE CREDITORS' COMMITTEE OF THE BAYOU FAMILY OF COMPANIES

Plaintiff.

I certify that I am admitted to practice in this court.

March 27, 2006
Date

*[Signature]*
Signature

Joshua S. Bauchner — JB-9106
Print Name — Bar Number

1633 Broadway
Address

New York, NY  10019
City  State  Zip Code

(212) 506-1952    (212) 506-1800
Phone Number    Fax Number