AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

THE UNOFFICIAL ONSHORE CREDITORS' COMMITTEE OF THE BAYOU FAMILY OF COMPANIES

v.

BAYOU GROUP, LLC, et al.

**APPEARANCE**

Case Number: 06-cv-

*[Stamp: MAR 27 2006 S.D. OF N.Y.]*

*[Stamp: 06 CIV. 2379]*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE UNOFFICIAL ONSHORE CREDITORS' COMMITTEE OF THE BAYOU FAMILY OF COMPANIES

Plaintiff.

I certify that I am admitted to practice in this court.

March 27, 2006
Date

*[Signature: Joseph A. Gershman]*
Signature

Joseph A. Gershman | JG-8275
Print Name | Bar Number

1633 Broadway
Address

New York, NY  10019
City   State   Zip Code

(212) 506-1774 | (212) 506-1800
Phone Number | Fax Number