ATTORNEY: KASOWITZ BENSON TORRES & FRIEDMAN LP
OFFICE FILE:07266-001

INDEX NO: 06 CIV 2379

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF NEW YORK

---

THE UNOFFICIAL ON-SHORE CREDITORS' COMMITTEE OF
BAYOU FAMILY OF COMPANIES                                   PLAINTIFF

AGAINST

BAYOU GROUP, LLC, A CONNECTICUT LIMITED LIABILITY
COMPANY ET AL                                               DEFENDANT

---

STATE OF NEW YORK , COUNTY OF NEW YORK : SS:

CARL MILLER   I AM OVER 18 YEARS OF AGE, NOT A PARTY TO THIS ACTION, AND RESIDE IN THE STATE OF NEW YORK.
THAT ON THE 1ST DAY OF APRIL 2006  AT 9:16AM AT 4 BYRAM BROOK PLACE ARMONK, N.Y. 10505

I SERVED THE CIVIL COVER SHEET, SUMMONS AND COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT ,NOTICE OF APPEARANCE OF JOSEPH A. GERSHMAN; NOTICE OF APPEARANCE OF JOSHUA A. BAUCHNER; NOTICE OF MOTION TO APPOINT RECEIVER ; UNOFFICIAL ON-SHORE CREDITORS' COMMITTEE'S MEMORANDUM  IN SUPPORT OF ITS MOTION TO APPOINT A RECEIVER PROPOSED ORDER; DECLARATION OF JOSEPH A. GERSHMAN, INCLUDING ALL EXHIBITS ATTACHED THERETO; DECLARATION OF JONATHAN J. FISHER, INCLUDING ALL EXHIBITS ATTACHED THERETO; INDIVIDUAL PRACTICES OF JUDGE COLLEEN MCMAHON; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX UPON **BAYOU GROUP, LLC A CONNECTICUT LIMITED LIABILITY COMPANY**  THE DEFENDANT THEREIN NAMED BY DELIVERING TO AND LEAVING A TRUE COPY WITH SAID SAMUEL ISRAEL III , MEMBER  A TRUE COPY OF EACH THEREOF.

DEPONENT DESCRIBES PERSON SERVED AS AFORESAID OF DEPONENT'S ABILITY AT THE TIME AND CIRCUMSTANCES OF SERVICE AS FOLLOWS:

SEX: MALE   COLOR: WHITE   HAIR: BLACK &BALD   APP. AGE: 42   APP. HT.: 5'11   APP. WT. 200
OTHER IDENTIFYING FEATURES:

THAT AT THE TIME OF SUCH SERVICE I KNEW THE PERSON SO SERVED AS AFORESAID TO BE THE SAME PERSON MENTIONED AND DESCRIBED IN THE SAID AFOREMENTIONED PAPERS IN THIS ACTION.

SWORN TO BEFORE ME THIS
3RD DAY OF APRIL 2006

NOTARY

CARL MILLER 790101
REF NO: 7KBTF936070
AETNA JUDICIAL SERVICE
225 BROADWAY
NEW YORK NY 10007