Form 19 - SECRETARY OF STATE - 306

**KASOWITZ BENSON TORRES & FRIEDMAN LLP**
ATTN:

| US DIST/SOUTHERN COURT | NEW YORK COUNTY | STATE OF NEW YORK |

---

THE UNOFFICIAL ON-SHORE CREDITORS'  plaintiff
COMMITTEE OF THE BAYOU FAMILY OF COMPANIES
        - against -

BAYOU GROUP, LLC, A CONNECTICUT          defendant
LIMITED LIABILITY COMPANY, ETAL

Index No. 06 CIV.2379

Date Filed  ...........

Office No. 07266-001

Court Date:   / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.   That on the
**31st** of March, **2006** at **10:15 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the *

UPON: **BAYOU MANAGEMENT, LLC, A NEW YORK LIMITED LIABILITY COMPANY**
the **DEFENDANT** in this action, by delivering to and leaving with
    **CAROL VOGT   AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL 303LLC

Deponent further describes the person actually served as follows:

| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLACK** |
| APP. AGE: **40** | APP. HT: **5:4** | APP. WT: **140** |

OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
5th  DAY OF  April, 2006

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7KBTF936072

*CIVIL COVER SHEET
SUMMONS AND COMPLAINT
RULE 7.1 DISCLOSURE STATEMENT, NOTICE OF APPEARANCE OF JOSEPH A. GERSHMAN; NOTICE OF APPEARANCE OF JOSHUA S. BAUCHNER; NOTICE OF MOTION TO APPOINT RECEIVER; UNOFFICIAL ON-SHORE CREDITORS' COMMITTEE MEMORANDUM IN SUPPORT OF ITS MOTION TO APPOINT A RECEIVER; PROPOSED ORDER; DECLARATION OF JOSEPH A. GERSHMAN, INCLUDING ALL EXHIBITS ATTACHED THERETO; DECLARATION OF JONATHAN J. FISHER, INCLUDING ALL EXHIBITS ATTACHED THERETO; INDIVIDUAL PRACTICES OF JUDGE COLLEEN MCMAHON AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX FOR SERVICE ON: