Form 19 - SECRETARY OF STATE - 306

KASOWITZ BENSON TORRES & FRIEDMAN LLP
ATTN:

| US DIST/SOUTHERN COURT | NEW YORK COUNTY | STATE OF NEW YORK |

THE UNOFFICIAL ON-SHORE CREDITORS'     plaintiff
COMMITTEE OF THE BAYOU FAMILY OF companies
                    - against -

BAYOU GROUP,LLC,A CONNECTICUT            defendant
LIMITED LIABILITY COMPANY,ETAL

Index No. 06 CIV.2379
Date Filed ............
Office No. 07266-001
Court Date:    /  /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.  That on the
**31st  of March,  2006 at  10:15 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the *

UPON: **BAYOU SECURITIES,LLC,A NEW YORK LIMITED LIABILITY COMPANY**
the **DEFENDANT** in this action, by delivering to and leaving with
    **CAROL VOGT   AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 306~~ of the BCL~~ 303LLC

Deponent further describes the person actually served as follows:

| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLACK** |
| APP. AGE: **40** | APP. HT: **5:4** | APP. WT: **140** |

OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
5th DAY OF April, 2006

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7KBTF936073

*CIVIL COVER SHEET, SUMMONS AND COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, NOTICE OF APPEARANCE OF JOSEPH A GERSHMAN; TO APPOINT RECEIVER; UNOFFICIAL ON-SHORE CREDITORS' COMMITTEE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO APPOINT A RECEIVER; PROPOSED ORDER; DECLARATION OF JOSEPH A. GERSHMAN INCLUDING ALL EXHIBITS ATTACHED THERETO; DECLARATION OF JONATHAN J. FISHER, INCLUDING ALL EXIBITS ATTACHED THERETO; INDIVIDUAL PRACTICES OF JUDGE COLLEEN MCMAHON; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX FOR SERVICE ON: