ATTORNEY: KASOWITZ BENSON TORRES & FRIEDMAN LLP
OFFICE FILE: 07266-001

INDEX NO: 06 CIV 2379

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF NEW YORK

---

THE UNOFFICIAL ON-SHORE CREDITORS' COMMITTEE OF
BAYOU FAMILY OF COMPANIES                                    PLAINTIFF

AGAINST

BAYOU GROUP, LLC, A CONNECTICUT LIMITED LIABILITY
COMPANY ET AL                                                DEFENDANT

---

STATE OF NEW YORK, COUNTY OF NEW YORK : SS

CARL MILLER,    BEING DULY SWORN, DEPOSES AND SAYS:
I AM OVER 18 YEARS OF AGE, NOT A PARTY TO THIS ACTION, AND RESIDES IN THE STATE OF NEW YORK

THAT ON THE 31ST DAY OF MARCH 2006 AT 7:01 A.M. AT THE ADDRESS 4 BYRAM BROOK PLACE ARMONK, N.Y.  IN THE STATE OF NEW YORK

I SERVED THE CIVIL COVER SHEET, SUMMONS AND COMPLAINT; RULE 7.1 DISCLOSURE STATEMENT; NOTICE OF APPEARANCE OF JOSEPH A. GERSHMAN; NOTICE OF APPEARANCE OF JOSHUA A. BAUCHNER; NOTICE OF MOTION TO APPOINT RECEIVER; UNOFFICIAL ON-SHORE CREDITORS' COMMITTEE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO APPOINT A RECEIVER PROPOSED ORDER; DECLARATION OF JONATHAN J. FISHER, INCLUDING ALL EXHIBITS ATTACHED THERETO; INDIVIDUAL PRACTICES OF JUDGE COLLEEN MCMAHON; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX UPON **SAMUEL ISRAEL, III**   THE DEFENDANT THEREIN NAMED BY DELIVERING TO, AND LEAVING A TRUE COPY OF SAID AFOREMENTIONED PAPERS WITH    SAID DEFENDANT PERSONALLY; THAT AT THE TIME OF SUCH SERVICE I KNEW THE PERSON SO SERVED AS AFORESAID TO BE SAME PERSON MENTIONED AND DESCRIBED IN THE SAID AFOREMENTIONED PAPERS AS THE DEFENDANT IN THIS ACTION.

DEPONENT DESCRIBES THE PERSON SERVED AS AFORESAID TO THE BEST OF DEPONENT'S ABILITY AT THE TIME AND CIRCUMSTANCES OF THE AFORESAID SERVICE AS FOLLOWS:
SEX: MALE   COLOR: WHITE    HAIR:   BLACK& BALD   APP. AGE: 42    APP. HT.: 5'11   APP. WT.: 200

THAT AT THE TIME OF SERVICE, AS AFORESAID,     I ASKED HIM    WHETHER HE   WAS IN THE SERVICE OF THE UNITED STATES GOVERNMENT OR IN THE MILITARY SERVICE OF ANY OF THE NATIONS ALLIED WITH THE UNITED STATES ENGAGED IN THE PROSECUTION OF THE PRESENT WAR IN ANY CAPACITY WHATSOEVER AND WHETHER HE HAD BEEN ORDERED TO REPORT FOR INDUCTION UNDER THE SELECTIVE SERVICE AND TRAINING ACT OF 1940 AND AMENDMENTS THERETO, AND RECEIVED NEGATIVE REPLIES.

UPON INFORMATION AND BELIEF BASED UPON THE CONVERSATION AND OBSERVATION AS AFORESAID I AVER THAT THE DEFENDANT IS NOT IN THE MILITARY SERVICE OF THE UNITED STATES GOVERNMENT OR ANY OF ITS ALLIES AT THE PRESENT TIME AS THE TERM IS USED IN THE ACT OF CONGRESS KNOWN AS "THE SOLDIERS' AND SAILORS' CIVILIAN RELIEF ACT."

SWORN BEFORE ME THIS
3RD DAY OF APRIL 2006

_____
NOTARY

CARL MILLER 790101
REF NO: 7KBTF936071
AETNA JUDICIAL SERVICE INC
225 BROADWAY
NEW YORK NY 10007

[Notary seal: JOEL GOLUB, Notary Public State of New York, No. 01GO4751136, Qualified in Nassau County, Commission Expires Dec. 31, 2009]