```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

United States of America,

        Plaintiff(s),

  -against-

All Assets of Bayou Accredited Fund, LLC,
et al.,

        Defendant(s).

------------------------------------------------------X

05 Civ. 7722 (CM) (MDF)
and all related cases
05 Civ. 8374 (CM)(LMS)
05 Civ. 8376 (CM)(MDF)
05 Civ. 8532 (CM)(MDF)
06 Civ. 2379 (CM)(MDF)

<u>CALENDAR NOTICE</u>

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ✓ Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Wednesday, April 19, 2006 at 10:00a.m.** in Courtroom 110, U. S. District Court, 40 Foley Square, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: April 5, 2006
       White Plains, New York

                             So Ordered

                             _____
                             Colleen McMahon, U.S.D.J