KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

WRITER'S DIRECT DIAL NUMBER
(212) 506-1952

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

April 10, 2006

**VIA EXPRESS MAIL**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
White Plains Division
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *The Unofficial On-Shore Creditors' Committee of the Bayou Family of Companies v. Bayou Group, LLC, et al.*, 06 Civ. 2379 (CM)(MF)

Dear Judge McMahon:

We are counsel to Plaintiff, the Unofficial On-Shore Creditors Committee of the Bayou Family of Companies (the "Committee") in the above-referenced action.

Enclosed is a copy of a letter from Joseph F. McDonough to Joseph A. Gershman dated April 7, 2006. Mr. McDonough represents seven creditors of the Bayou group of funds who are non-voting members of the Committee. Please accept the enclosed letter as evidence of these creditors' joinder in the Committee's pending Motion to Appoint a Receiver.

Counsel is available at the Court's request at any time.

Respectfully Yours,

Joshua S. Bauchner

cc:   Joseph F. McDonough, Esq.
      Attached Serviced List