# MANION MCDONOUGH & LUCAS, P.C.
## ATTORNEYS AT LAW

600 GRANT STREET
SUITE 1414
PITTSBURGH, PENNSYLVANIA 15219-2702

(412) 232-0200

FAX (412) 232-0206

April 7, 2006

*VIA E-MAIL and FIRST CLASS MAIL*

Joseph A. Gershman, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Re:   Bayou

Dear Mr. Gershman:

As you know, we represent seven creditors of Bayou with claims aggregating (in principal amount of initial investment) $21.577 million. The identity of all of our clients is known to you. None of our clients are voting members of the Unofficial On-Shore Creditors Committee but, as you know, we have been working with the Committee and its counsel toward common goals.

Prior scheduling commitments preclude my attending the April 18, 2006 conference with Judge McMahon. Please accept this letter, however, as evidence of the joinder of our clients and the undersigned in the pending Motion filed by the Unofficial On-Shore Creditors Committee to Appoint a Receiver.

Very truly yours,

MANION McDONOUGH & LUCAS, P.C.

By  Joseph F. McDonough

JFM:jcp