# SERVICE LIST

**Served by Express Mail**:

Samuel Israel III
4 Bryan Brook Lane
Armonk, NY 10504

Daniel Marino
c/o Andrew Bruce Bowman
Law Offices of Andrew B. Bowman
1804 Post Road East
Westport, CT 06880

Bayou Group, LLC
Bayou Accredited Fund, LLC
Bayou Advisors, LLC
Bayou Affiliates Fund, LLC
Bayou Equities, LLC
Bayou Management, LLC
Bayou No Leverage Fund, LLC
Bayou Securities, LLC
Bayou Superfund, LLC
c/o Samuel Israel III
4 Bryan Brook Lane
Armonk, NY 10504

**Served By U.S. Mail**:

| | |
|---|---|
| South Cherry Street, L.P.<br>South Cherry Street, LLC<br>c/o Ted Poretz<br>Bingham McCutchen LLP<br>399 Park Avenue, 24th Floor<br>New York, NY  10022-4689<br>ted.poretz@bingham.com | Betty & Jay Partners, L.P.<br>Cadmus Partnership, Ltd.<br>Croesus Investment Partners VIII, L.P.<br>Byron Foster Residuary Trust<br>c/o David M. Martin<br>Foster Holdings<br>681 Andersen Drive<br>Pittsburgh, PA  15220<br>dmartin@fosterholdings.com |
| Joseph Rosenberg<br>Commodity Futures Trading Commission<br>140 Broadway<br>New York, NY 10005<br>jrosenberg@cftc.gov | Bruce H.C. Hill<br>Christopher C. Hill<br>Russell L. Hill<br>Teavis Co.<br>c/o Roger Hill<br>Hill Associates<br>5111 Broadway<br>San Antonio, TX  78209<br>roger1@hillassoc.net |
| ESUM Partnership<br>Longboat Capital Partners, LP<br>Weiner Investments, LP<br>Woodland Family Partners, LP<br>Keystone Company<br>Muse Group<br>c/o Joseph F. McDonough<br>Manion, McDonough & Lucas, P.C.<br>Suite 1414, U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219<br>jmcdonough@mmlpc.com | Betsy Holland<br>Ann Keller Lingo Revocable Trust<br>Regent University Endowment<br>Alan J. Schottenstein Family Limited Partnership<br>Ann W. Silverstein 2001 Revocable Trust<br>WIP, LLC<br>c/o Ross B. Intelisano, Esq.<br>Rich & Intelisano, LLP<br>1 Trinity Centre<br>111 Broadway, Suite 1303,<br>New York, NY  10006<br>ross@richintelisano.com |
| Mr. & Mrs. Lawrence Israel<br>c/o Shane P. Landry<br>Attorney At Law, LLC<br>2334 Magazine Street<br>New Orleans, LA  70130<br>shanelandrylaw@bellsouth.net | Tom T. Locke<br>Ross, Dixon & Bell LLP<br>2001 K Street, NW<br>Washington, DC  20006-1040<br>tlocke@rdblaw.com |

| | |
|---|---|
| Silver Creek Long/Short Holdings, LLC<br>c/o Jonathan Fisher<br>1301 5th Avenue<br>Suite 4000<br>Seattle, WA 98101-2663<br>jonathan@silvercreekcapital.com | Donald & Elizabeth McKee<br>7825 Annesdale Drive<br>Cincinnati, OH 45243<br>dmckee1@cinci.rr.com |

| | |
|---|---|
| Beckwith Investment Limited Partnership<br>c/o John E. Trabucco<br>Arch Street Management LLC<br>2790 Mosside Blvd., Suite 610<br>Monroeville, PA 15146 | Mark Crosson<br>3883 N. 57th Street<br>Boulder, CO 80301 |
| Cameron H. Holmes, Esq.<br>Section Chief Counsel<br>Office of the Attorney General<br>1275 W. Washington Street<br>Phoenix, AZ 85007-2997 | Bennett Falk<br>Charles J. Gradante<br>Hennessee Group LLC<br>Elizabeth Lee Hennessee<br>c/o Bressler, Amery & Ross, P.C.<br>Suite 300<br>2801 SW 149th Avenue<br>Miramar, FL 33027 |
| DePauw University<br>c/o David K. Herzog, Esq.<br>Baker & Daniels<br>Suite 2700<br>300 North Meridian Street<br>Indianapolis, IN 46204 | Lawrence E. Fenster<br>Charles J. Gradante<br>Hennessee Group LLC;<br>c/o Bressler, Amery & Ross, P.C.<br>17 State Street<br>New York, NY 10004 |
| Broad-Bussel Family LP<br>Herbert Blaine Lawson, Jr.<br>Marie-Louise Michelsohn<br>Michelle Michelsohn<br>c/o Merrill G. Davidoff, Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | Elizabeth Lee Hennessee<br>Eqyty Research and Management LLC<br>Eqyty Research and Management LTD<br>Jeffrey D. Fotta<br>c/o Howard K. Levine, Esq.<br>Carmody & Torrance, LLP<br>195 Church Street<br>PO Box 1950<br>New Haven, CT 06509-1950 |

| | |
|---|---|
| The Mosaic Fund, L.P.<br>c/o Leon Meyers<br>680 Fifth Avenue, 8th Fl.<br>New York, NY  10019 | Heidi de Vries<br>Walkers House<br>PO Box 265 GT<br>Mary Street<br>George Town, Grand Cayman, Cayman Islands |
| Thomas Gleason<br>c/o Kevin P. Conway<br>Conway & Conway<br>31st Floor<br>1700 Broadway<br>New York, NY  10019 | Bayou Offshore Fund A, Ltd.<br>Bayou Offshore Fund B, Ltd.<br>Bayou Offshore Fund C, Ltd.<br>Bayou Offshore Fund D, Ltd.<br>Bayou Offshore Fund E, Ltd.<br>Bayou Offshore Fund F, Ltd.<br>Bayou Offshore Master Fund, Ltd.<br>c/o Trip Finley<br>Diamond McCarthy Taylor Finley & Lee, L.L.P.<br>6504 Bridgepoint Parkway<br>Suite 400<br>Austin, TX  78730 |
| James G. Marquez<br>c/o Stanley A. Twardy, Jr., Esq.<br>Day, Berry & Howard, LLP<br>One Canterbury Green<br>Stamford, CT  06901 | Arntz Family Foundation<br>c/o Scott Berman, Esq.<br>Friedman Kaplan Seiler & Adelman, LLP<br>1633 Broadway<br>New York, NY  10019 |
| Charles J. Gradante<br>Hennessee Group LLC<br>Elizabeth Lee Hennessee<br>Marc J. Grenier<br>c/o DePanfilis & Vallerie<br>25 Belden Avenue, PO Box 699<br>Norwalk CT  06825-0699 | 6800 Capital<br>Bermuda Fund, L.P., Rembrandt Partners<br>High Sierra Investments<br>Christopher C. Hill<br>Bruce H. C. Hill<br>Russell L. C. Hill<br>Teavis Co.<br>c/o Brigitte Nuss Kocheny<br>Gardner Carton & Douglas LLP<br>Suite 3700<br>191 North Wacker Drive<br>Chicago, Illinois  60606-1698 |
| Sterling Stamos Capital Mgmt, LP<br>c/o Patrick J. McHugh<br>Finn Dixon & Herling<br>One Landmark Square, Suite 1400<br>Stamford, CT  06901 | Arthur M. Brainson<br>Pasternak, Baum and Co., Inc.<br>500 Mamoroneck Avenue<br>Harrison, New York  10528 |

| | |
|---|---|
| Robert Koltai<br>Hain Capital Group, LLC<br>Meadows Office Complex<br>301 Route 17, 6th Floor<br>Rutherford, NJ  07070 | Bruce H.C. Hill<br>Christopher C. Hill<br>Russell L. Hill<br>Teavis Co.<br>c/o Roger Hill<br>Hill Associates<br>5111 Broadway<br>San Antonio, TX  78209 |
| Citibank, N.A.<br>c/o E. Gates Garrity-Rokous Wiggin & Dana<br>One Century Tower<br>265 Church Street, PO Box 1832<br>New Haven, CT  06508-1832 | Christine Ryall<br>Commodity Future Trading Commission<br>1155 21st Street NW<br>Washington, DC 20581 |
| Ronald Greenspan<br>Habib Farzana<br>Betsy Holland<br>Infomercial Consulting, LLC<br>Ann Keller Lingo Revocable Trust<br>Ken Lingo<br>MB Absolute Return Fund, LLC<br>Merlis Green Associates Defined Benefits<br>Pension Plan<br>Roy Mottahedeh<br>Kathryn L. Nothacker Revocable Trust<br>Regent University Endowment<br>Freddie Reiss<br>Alan J. Schottenstein Family Limited Partnership<br>Ann W. Silverstein 2001 Revocable Trust<br>Gayla Lynn Tolk<br>Ubiquitous Master Ser Trust CL A<br>WIP, LLC<br>c/o Ross B. Intelisano, Esq.<br>Rich & Intelisano, LLP<br>1 Trinity Centre<br>111 Broadway, Suite 1303<br>New York, NY  10006 | Longboat Capital Partners, LP<br>Weiner Investments, LP<br>Woodland Family Partners, LP<br>ESUM Partnership<br>Keystone Company<br>Muse Group<br>c/o Joseph F. McDonough<br>Manion, McDonough & Lucas, P.C.<br>Suite 1414, U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 |

| | |
|---|---|
| Jay Kriger<br>Fundamental Capital<br>140 S. Lake Ave., Suite 251<br>Pasadena, CA 91101 | Paul T. Westervelt, III<br>Paul T. Westervelt, Jr.<br>c/o Gary Joseph Gambel<br>Murphy, Rogers, Sloss & Gambel<br>One Shell Square<br>701 Poydras St., Suite 400<br>New Orleans, LA 70139 |
| Edward Besner<br>Katherine Coleman<br>Guardian One, LP<br>Donald MacShane, IRA<br>Philip S. Markin Profit Sharing Plan & Trust<br>William Wallert<br>c/o Mark A. Nebrig<br>Moore & VanAllen PLLC<br>Suite 4700<br>100 North Tryon Street<br>Charlotte, NC 28202 | Mount Rainier, LP<br>c/o James K. O'Brien<br>PMC Sierra<br>Mission Towers<br>3975 Freedom Circle, Suite 300<br>Santa Clara, CA 95054 |
| John Williams<br>RLA Marketing<br>804 Highwoods Drive<br>Franklin Lakes, NJ 07417 | Multi-Dimension Fund<br>c/o Sadis & Goldberg, LLC<br>551 Fifth Avenue, 21st Floor<br>New York, NY 10176 |
| Sterling Stamos Capital Mgmt, L.P.<br>c/o Sung-Hee Suh, Esq.<br>Schulte, Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022 | Jewish Federation of Metropolitan Chicago<br>c/o Kent D.B. Sinclair, Esq.<br>Seyfarth Shaw LLP<br>Suite 300<br>World Trade Center East<br>Two Seaport Lane<br>Boston, MA 02210-2028 |
| Paul W. Kisslinger<br>Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549-4010 | Citibank, N.A.<br>c/o Mark B. Blocker<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| Citibank, N.A.<br>c/o John K. Van De Weert<br>Sidley Austin Brown & Wood LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 | John C. Siegesmund, III<br>Krendl Krendl Sachnoff & Way, P.C.<br>370 Seventeenth St, Ste 5350<br>Denver, CO 80202 |

| | |
|---|---|
| Ad In Partners<br>c/o William E. Spiro<br>1020 Nautilus Lne<br>Mamoroneck, NY  10543 | Eclipse Fund, LLC<br>Pacific Peak Partners, LP<br>Trail Ridge Flatiron Fund, LP<br>c/o Brian Cunningham<br>Trail Ridge Capital<br>4643 S. Ulster Street<br>Suite 1020<br>Denver, CO  80237 |
| Margery Beth Feinzig<br>United States Attorney's Office<br>United States District Courthouse<br>300 Quarropas Street<br>White Plains, New York 10601 | Gordon I. Macrae and G. James Cleaver<br>c/o Trip Finley<br>6504 Bridgepoint Parkway<br>Suite 400<br>Austin, TX  78730 |
| Sharon Levin<br>United States Attorney's Office<br>One St. Andrew's Plaza<br>New York, New York 10007 | Myron Crystal<br>4285 Jubilo Drive<br>Tarzana, CA  91356 |