KATZ  PEARSON TORRES &
FRIEDMAN

FILE NO: 07266-001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Unofficial Offshore Creditors Committee of The Bayou Family of Companies, )<br><br>                    Plaintiff, )<br><br>          v. )<br><br>Bayou Group, LLC, et al., )<br><br>                    Defendants ) | CASE NUMBER: 06 CIV. 2379<br><br><br>**RETURN OF SERVICE<br>AFFIDAVIT OF BARRY EVELAND** |

STATE OF DELAWARE           )
                                              ) SS.
NEW CASTLE COUNTY        )

**BARRY EVELAND,** being duly sworn according to law, deposes and says that:

1.      He is over the age of eighteen (18), unrelated to any of the parties in  the above-captioned

action and a resident of the State of Delaware.

2.      On March 31, 2006 at 2:15 p.m., he served the  Summons, Complaint, Civil Cover Sheet,     Rule 7.1

Disclosure Statement, Notice of Appearance of Joseph A. Gershman,  Notice of Appearance of Joshua A.

Bauchner,  Notice of Motion to Appoint Receiver, Unofficial On-Shore Creditors Committee's Memorandum

In Support of it's Motion to Appoint a Receiver, Proposed Order, Declaration of Joseph A. Gershman,

including all exhibits attached thereto, Declaration of Jonathan J. Fisher, including all exhibits attached thereto,

Individual Practices of Judge Colleen McMahon & Individual Practices of Magistrate Judge Mark D. Fox  on

Defendant, **BAYOU EQUITIES, LLC.**, by serving its  registered agent, The Corporation Trust Co., at 1209

Orange St. Wilmington,  DE  19801, copies thereof were accepted by Scott Lascalla (process agent) authorized

to accept service. Mr Lascalla is a white male,  30 years of age,  5'8 , Approx. 170 lbs. with black hair.

**BARRY EVELAND
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, N.Y.  10007
(212) 962 – 2614**
REF NO: 7KBTF936063

**SWORN TO AND SUBSCRIBED** before me, a notary public of the State of Delaware, this 31ST     day of March, 2006.

Kevin Dunn                          **NOTARY PUBLIC**
My Commission Expires:  November 23, 2006