# United States District Court

SOUTHERN DISTRICT OF NEW YORK

THE UNOFFICIAL ONSHORE CREDITORS'
COMMITTEE OF THE BAYOU FAMILY OF
COMPANIES,
    Plaintiff,

V.

BAYOU GROUP, LLC, et al.,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 06 CIV. 2379

TO: (Name and address of defendant)

See attached service list.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph A. Gershman
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON,   Clerk

CLERK

_____
(BY) DEPUTY CLERK

MAR 2 7 2006

DATE

OFFICE COPY

# SERVICE LIST

BAYOU ACCREDITED FUND, LLC
c/o National Registered Agents
160 Greentree Drive, Suite 101
Dover, DE 19904

BAYOU ACCREDITED FUND, LLC
c/o Faust Rabbach & Oppenheim
ATTN: Steven D. Oppenheim
488 Madison AVE
New York, NY 10022

BAYOU ADVISORS, LLC
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

BAYOU ADVISORS, LLC
c/o Faust Rabbach & Oppenheim
ATTN: Steven D. Oppenheim
488 Madison AVE
New York, NY 10022

BAYOU AFFILIATES FUND, LLC
c/o National Registered Agents
160 Greentree Drive, Suite 101
Dover, DE 19904

BAYOU AFFILIATES FUND, LLC
c/o Faust Rabbach & Oppenheim
ATTN: Steven D. Oppenheim
488 Madison AVE
New York, NY 10022

BAYOU EQUITIES, LLC
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

BAYOU EQUITIES, LLC
c/o Faust Rabbach & Oppenheim
ATTN: Steven D. Oppenheim
488 Madison AVE
New York, NY 10022

BAYOU GROUP, LLC
40 Signal Road
Stamford, CT 06902

BAYOU GROUP, LLC
c/o Connecticut Secretary of State
ATTN Document Review
30 Trinity St.
Hartford, CT 06106

BAYOU GROUP, LLC
c/o Faust Rabbach & Oppenheim
ATTN: Steven D. Oppenheim
488 Madison AVE
New York, NY 10022

BAYOU MANAGEMENT, LLC
c/o New York Secretary of State
Attn: Customer Service Counter
41 State Street
Albany, NY 12231

BAYOU MANAGEMENT, LLC
c/o Faust Rabbach & Oppenheim
ATTN: Steven D. Oppenheim
488 Madison AVE
New York, NY 10022

BAYOU NO LEVERAGE FUND, LLC
c/o National Registered Agents
160 Greentree Drive, Suite 101
Dover, DE 19904

BAYOU NO LEVERAGE FUND, LLC
c/o Faust Rabbach & Oppenheim
ATTN: Steven D. Oppenheim
488 Madison AVE
New York, NY 10022

BAYOU SECURITIES, LLC
c/o New York Secretary of State
Attn: Customer Service Counter
41 State Street
Albany, NY 12231

BAYOU SECURITIES, LLC
c/o Faust Rabbach & Oppenheim
ATTN: Steven D. Oppenheim
488 Madison AVE
New York, NY 10022

BAYOU SUPERFUND, LLC
c/o National Registered Agents
160 Greentree Drive, Suite 101
Dover, DE 19904

BAYOU SUPERFUND, LLC
c/o Faust Rabbach & Oppenheim
ATTN: Steven D. Oppenheim
488 Madison AVE
New York, NY 10022

Samuel Israel III
4 Bryan Brook Lane
Armonk, NY 10504

Samuel Israel III
c/o Lawrence S. Bader
Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C.
565 Fifth Avenue
New York, NY 10017

Daniel Marino
128 Daskams Lane #2B
Norwalk, CT 06851

Daniel Marino
c/o Andrew Bruce Bowman
Law Offices of Andrew B. Bowman
1804 Post Road East
Westport, CT 06880