KASOWITZ, BENSON, TORRES & FRIEDMAN
FILE NO: 07266-001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Unofficial Offshore Creditors Committee of The Bayou Family of Companies,<br><br>          Plaintiff,<br><br>  v.<br><br>Bayou Group, LLC, et al.,<br><br>          Defendants | CASE NUMBER: 06 CIV. 2379<br><br>RETURN OF SERVICE<br>AFFIDAVIT OF GRANVILLE MORRIS |

STATE OF DELAWARE  )
                           ) SS.
NEW CASTLE COUNTY  )

**GRANVILLE MORRIS**, being duly sworn according to law, deposes and says that:

1. He is over the age of eighteen (18), unrelated to any of the parties in the above-captioned action and a resident of the State of Delaware.

2. On March 31, 2006 at 2:15 p.m., he served the Summons, Complaint, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Notice of Appearance of Joseph A. Gershman, Notice of Appearance of Joshua A. Bauchner, Notice of Motion to Appoint Receiver, Unofficial On-Shore Creditors Committee's Memorandum In Support of it's Motion to Appoint a Receiver, Proposed Order, Declaration of Joseph A. Gershman, including all exhibits attached thereto, Declaration of Jonathan J. Fisher, including all exhibits attached thereto, Individual Practices of Judge Colleen McMahon & Individual Practices of Magistrate Judge Mark D. Fox on Defendant, **BAYOU ACCREDITED FUND, LLC.**, by serving its registered agent, National Registered Agents. , at 160 Greentreen Dr. Dover, DE 19904, copies thereof were accepted by Diane Flanagan (process agent) authorized to accept service. Ms. Flanagahan is a white female, 35 years of age, 5'6 , Approx. 150 lbs. with black hair.

GRANVILLE MORRIS
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, N.Y. 10007
(212) 962 – 2614
REF NO: 7KBTF936065

SWORN TO AND SUBSCRIBED before me, a notary public of the State of Delaware, this 31ST day of March, 2006.

Kevin Dunn    NOTARY PUBLIC
My Commission Expires: November 23, 2006