KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

WRITER'S DIRECT DIAL NUMBER
(212) 506-1952

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

April 13, 2006

**VIA EXPRESS MAIL**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
White Plains Division
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *The Unofficial On-Shore Creditors' Committee of the Bayou Family of Companies v. Bayou Group, LLC, et al.*, 06 Civ. 2379 (CM)(MF)

Dear Judge McMahon:

We are counsel to Plaintiff, the Unofficial On-Shore Creditors Committee of the Bayou Family of Companies (the "Committee") in the above-referenced action.

Enclosed is a copy of a letter from David K. Herzog to Joseph A. Gershman dated April 13, 2006. Mr. Herzog represents DePauw University, which invested $3.25 million in the Bayou No Leverage Fund. Please accept the enclosed letter as evidence of this creditor's joinder in the Committee's pending Motion to Appoint a Receiver.

Counsel is available at the Court's request at any time.

Respectfully Yours,

Joshua S. Bauchner

cc:   David K. Herzog, Esq.
      Attached Serviced List

# BAKER & DANIELS LLP
### EST. 1863

300 North Meridian Street, Suite 2700 • Indianapolis, Indiana 46204
Tel. 317.237.0300 • Fax 317.237.1000
www.bakerdaniels.com

DAVID K. HERZOG
Attorney at Law
Direct 317.237.1240
david.herzog@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

April 13, 2006

VIA E-MAIL AND FIRST CLASS MAIL

Joseph A. Gershman, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Re:   The Unofficial On-Shore Creditors' of the Bayou Family of Companies
      The Bayou Group, LLC, et al., No.: 7:06-cv-02379-UA

Dear Mr. Gershman:

As you know, we represent DePauw University, which invested $3.25 million in the Bayou No Leverage Fund.

Please let this confirm that DePauw supports The Unofficial On-Shore Creditors' Committee's Motion to Appoint a Receiver in the above-referenced case.

Sincerely,

BAKER & DANIELS LLP

By: *David K. Herzog*
    David K. Herzog

DKH:rlj

BDDB01 4376705v1