# BAKER & DANIELS LLP
EST. 1863

300 North Meridian Street, Suite 2700 • Indianapolis, Indiana 46204
Tel. 317.237.0300 • Fax 317.237.1000
www.bakerdaniels.com

DAVID K. HERZOG
Attorney at Law
Direct 317.237.1240
david.herzog@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

April 13, 2006

<u>VIA E-MAIL AND FIRST CLASS MAIL</u>

Joseph A. Gershman, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Re:   The Unofficial On-Shore Creditors' of the Bayou Family of Companies
      <u>The Bayou Group, LLC, et al., No.: 7:06-cv-02379-UA</u>

Dear Mr. Gershman:

As you know, we represent DePauw University, which invested $3.25 million in the Bayou No Leverage Fund.

Please let this confirm that DePauw supports The Unofficial On-Shore Creditors' Committee's Motion to Appoint a Receiver in the above-referenced case.

Sincerely,

BAKER & DANIELS LLP

By: *[signature]*
     David K. Herzog

DKH:rlj

BDDB01 4376705v1