KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

WRITER'S DIRECT DIAL NUMBER
(212) 506-1952

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

April 17, 2006

**VIA EXPRESS MAIL**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
White Plains Division
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> Re: *The Unofficial On-Shore Creditors' Committee of the Bayou Family of Companies v. Bayou Group, LLC, et al.*, 06 Civ. 2379 (CM)(MF)

Dear Judge McMahon:

We are counsel to Plaintiff, the Unofficial On-Shore Creditors Committee of the Bayou Family of Companies (the "Committee") in the above-referenced action.

Enclosed is a copy of a letter from Ross B. Intelisano to Joseph A. Gershman dated April 17, 2006. Mr. Intelisano represents Regent University which is a voting member of the Committee, as well as sixteen other Bayou investors possessing aggregate claims in the amount of $9,345,000. Please accept the enclosed letter as evidence of these sixteen creditors' joinder in the Committee's pending Motion to Appoint a Receiver.

Counsel is available at the Court's request at any time.

Respectfully Yours,

Joshua S. Bauchner

cc: Ross B. Intelisano, Esq.
    Attached Serviced List

## RICH & INTELISANO, LLP
ATTORNEYS AT LAW
1 Trinity Centre
111 Broadway
Suite 1303
New York, New York 10006
www.richintelisano.com

JOHN G. RICH
ROSS B. INTELISANO

Telephone: (212) 433-1480
Facsimile: (212) 433-1481

April 17, 2006

**Via E-Mail & U.S. Mail**

Joseph A. Gershman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Re:   Bayou

Dear Mr. Gershman:

As you know, we represent Regent University, which is a voting member of the Unofficial On-Shore Creditors Committee. We also represent other Bayou investors, 16 of which with aggregate claims of $9,345,000 join in the pending Motion filed by the Unofficial On-Shore Creditors Committee to Appoint a Receiver.

Very truly yours,

Ross B. Intelisano

RBI:gp