# RICH & INTELISANO, LLP
ATTORNEYS AT LAW
1 Trinity Centre
111 Broadway
Suite 1303
New York, New York 10006
www.richintelisano.com

JOHN G. RICH
ROSS B. INTELISANO

Telephone: (212) 433-1480
Facsimile: (212) 433-1481

April 17, 2006

**Via E-Mail & U.S. Mail**

Joseph A. Gershman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

   Re: Bayou

Dear Mr. Gershman:

  As you know, we represent Regent University, which is a voting member of the Unofficial On-Shore Creditors Committee. We also represent other Bayou investors, 16 of which with aggregate claims of $9,345,000 join in the pending Motion filed by the Unofficial On-Shore Creditors Committee to Appoint a Receiver.

              Very truly yours,

              Ross B. Intelisano

RBI:gp