UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE UNOFFICIAL ON-SHORE
CREDITORS' COMMITTEE OF THE
BAYOU FAMILY OF COMPANIES,

                              Plaintiff,

        v.

BAYOU GROUP, LLC, *et al*,

                             Defendants.
-----------------------------------------------------------x

No. 06-cv-2379 (CM)(MF)

NOTICE OF MOTION
FOR ADMISSION OF
RICHARD A. KIRBY AS
COUNSEL PRO HAC VICE

    PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Joseph A. Gershman, and the exhibits annexed thereto, and all prior pleadings and proceedings in this action, Plaintiff, by its undersigned counsel, Kasowitz Benson Torres & Friedman LLP, will move this Court, at a time and place to be set by the Court at the United States Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, New York, pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York, admitting Richard A. Kirby to practice *pro hac vice* before this Court as co-counsel for plaintiff in the above-captioned action.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

4/17/06
Granted
[signature]

Copies ~~mailed~~ / ~~handed~~ / faxed to counsel 4 / 17 / 06

Dated: New York, New York
April 11, 2006

                              KASOWITZ, BENSON, TORRES &
                              FRIEDMAN LLP

                              By: _____
                              Joseph A. Gershman (JG-8275)
                              Joshua S. Bauchner (JB-9106)
                              1633 Broadway
                              New York, New York 10019
                              (212) 506-1700

                              Attorneys for Plaintiff


                              PRESTON GATES ELLIS
                              & ROUVELAS MEEDS LLP
                              Richard A. Kirby
                              Philip M. Guess
                              Scott Lindsay
                              Joshua C. Gaul
                              1735 New York Avenue, N.W., Suite 500
                              Washington, D.C. 20006-5209
                              Tel: (202) 661-3730
                              Fax: (202) 331-1024

                              Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
THE UNOFFICIAL ON-SHORE          :
CREDITORS' COMMITTEE OF THE      :    No. 06-cv-2379 (CM)(MF)
BAYOU FAMILY OF COMPANIES,       :
                                 :
                Plaintiff,       :    AFFIDAVIT OF JOSEPH A. GERSHMAN
                                 :    IN SUPPORT OF MOTION TO ADMIT
        v.                       :    RICHARD A. KIRBY AS
                                 :    COUNSEL PRO HAC VICE
BAYOU GROUP, LLC, *et al*,       :
                                 :
                Defendants.      :
------------------------------------------------------x

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

JOSEPH A. GERSHMAN, being duly sworn, deposes and says:

1.  I am a member of the law firm of Kasowitz, Benson, Torres & Friedman LLP ("KBT&F"), attorneys for plaintiff in the above action. KBT&F maintains an office for the practice of law at 1633 Broadway, New York, New York 10019. My office telephone number is (212) 506-1700.

2.  I submit this affidavit in support of plaintiff's motion for an order admitting Richard A. Kirby to practice *pro hac vice* before this Court as co-counsel for plaintiff in the above-captioned action.

3.  I am an attorney duly admitted to practice law in the Southern District of New York, and a member in good standing of the Bar of the Southern District of New York. I was admitted to practice law in the Southern District of New York in August 1997.

4.  Mr. Richard A. Kirby is a partner at Preston Gates & Ellis LLP, which maintains an office for the practice of law at 1735 New York Avenue NW, Suite 500, Washington, DC 20006-


COURTESY COPY

5221.

5. Mr. Kirby is admitted to practice in the State of Maryland and in the District of Columbia and is a member in good standing of these bars. Annexed hereto as Exhibit A are Certificates of Good Standing for Mr. Kirby issued by the District of Columbia Court of Appeals and the Maryland Court of Appeals.

6. There are no pending disciplinary proceedings against Mr. Kirby in any State or Federal court.

7. I respectfully request that the Court grant this motion so that Mr. Kirby may practice before the Court with respect to all matters and proceedings in the above-captioned action.

_____<br>Joseph A. Gershman

Sworn to before me this
11th day of April 2006

_____
Notary Public

FERMIN FIGUEROA, JR.
Notary Public, State of New York
No. 01FI4733597
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 31, 20___

2



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

RICHARD A. KIRBY

was on the    25TH    day of    JANUARY, 1979

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 6, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1974,

### Richard Allen Kirby

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this tenth day of April, 2006.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland