**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
THE UNOFFICIAL ON-SHORE        :
CREDITORS' COMMITTEE OF THE    :
BAYOU FAMILY OF COMPANIES,     :
                               :
                    Plaintiff, :    06-cv-2379 (CM) (MF)
                               :
        v.                     :
                               :    **CERTIFICATE OF SERVICE**
BAYOU GROUP, LLC, *et al*,     :
                               :
                   Defendants. :
------------------------------------------------------x

    I do hereby certify that on the 21st day of April, 2006, a copy of the (1) Notice of Motion to Appoint Receiver; (2) Unofficial On-Shore Creditors' Committee's Memorandum In Support Of Its Motion To Appoint A Receiver; (3) Proposed Order; (4) Declaration of Joseph A. Gershman, including all exhibits attached thereto; and (5) Declaration of Jonathan J. Fisher, including all exhibits attached thereto, were served by electronic mail on the following addresses:

matthew.albaugh@bakerd.com
acowgur@mtlitigation.com
bfalk@bressler.com
david.herzog@bakerd.com
lmcturnan@mtlitigation.com
wturner@mtlitigation.com
mwolper@bressler.com
jluster@seyfarth.com
wprickett@seyfarth.com
richardk@prestongates.com
ksinclair@seyfarth.com
bbloss@koskoff.com
James.Breitenbucher@srz.com
mgconsidine@dbh.com
mdavidoff@bm.net
ndeyoung@koskoff.com
lfenster@bressler.com
tjgallagher@dbh.com

ggr@wiggin.com
tdgoldberg@dbh.com
marcgrenier@depanfilisandvallerie.com
llederer@bm.net
hlevine@carmodylaw.com
pmchugh@fdh.com
mplant@bressler.com
crooney@carmodylaw.com
Sung-Hee.Suh@srz.com
wtong@fdh.com
satwardy@dbh.com
jvandeweert@sidley.com
lvines@bm.net
kpc@conway-conway.com

  /s Joshua S. Bauchner
Joshua S. Bauchner
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

ATTORNEYS FOR PLAINTIFF