ATTORNEY: KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
OFFICE FILE: 07266-001

**INDEX NO: CIV 2379/06**

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF NEW YORK

---

THE UNOFFICIAL ONSHORE CREDITORS' COMMITTEE
OF THE BAYOU FAMILY OF COMPANIES                                  PLAINTIFF

AGAINST

BAYOU GROUP, LLC ET AL                                           DEFENDANT

---

STATE OF NEW YORK, COUNTY OF NEW YORK : SS:

STANLEY P. TOMASETTI, I AM OVER 18 YEARS OF AGE, NOT A PARTY TO THIS ACTION, AND RESIDE IN THE STATE OF NEW YORK.

THAT ON THE **20TH DAY OF APRIL 2006   AT 9:33P.M.** AT THE ADDRESS BY: **SAMUEL ISRAEL III 4 BYRAM BROOK PLACE ARMONK, N.Y. 10504**

I SERVED A TRUE COPY OF THE CIVIL COVER SHEET, SUMMONS AND COMPLAINT, RULE 7.1. DISCLOSURE STATEMENT, NOTICE OF APPEARANCE OF JOSEPH A. GERSHMAN; NOTICE OF APPEARANCE OF JOSHUA S. BAUCHNER; NOTICE OF MOTION TO APPOINT RECEIVER; UNOFFICIAL ON-SHORE CREDITORS' COMMITTEE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO APPOINT A RECEIVER ; PROPOSED ORDER ; DECLARATION OF JOSEPH A. GERSHMAN, INCLUDING ALL EXHIBITS ATTACHED THERETO , DECLARATION OF JONATHAN J. FISHER, INCLUDING ALL EXHIBITS ATTACHED THERETO; INDIVIDUAL PRACTICES OF JUDGE COLLEEN MCMAHON, AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX

UPON **BAYOU FUND, LLC** THE DEFENDANT THEREIN NAMED, BY DELIVERING TO AND LEAVING PERSONALLY WITH **SAMUEL ISRAEL III. , MANAGING AGENT** A TRUE COPY OF EACH THEREOF.

DEPONENT DESCRIBES PERSON SERVED AS AFORESAID OF DEPONENT'S ABILITY AT THE TIME AND CIRCUMSTANCES OF SERVICE AS FOLLOWS:

**SEX: MALE   COLOR: WHITE   HAIR: BALD   APP. AGE: 44   APP. HT. 5 '8   APP. WT. 210**
**OTHER IDENTIFYING FEATURES**:

SWORN TO BEFORE ME THIS
21ST DAY OF APRIL 2006

NOTARY

STANLEY P TOMASETTI 1192468
REF NO: 9KBTF939536
AETNA JUDICIAL SERVICE
225 BROADWAY
NEW YORK NY 10007

JOEL GOLUB
Notary Public, State of New York
No. 01GO4751136
Qualified in Nassau County
Commission Expires Dec. 31, 2009