KASOWITZ, BENSON TORRES & FRIEDMAN LLP

INDEX NO: CIV 2379/06

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF NEW YORK

---

THE UNOFFICIAL ONSHORE CREDITORS' COMMITTEE OF
THE BAYOU FAMILY OF COMPANIES                             PLAINTIFF

AGAINST

BAYOU GROUP, LLC ET AL                                    DEFENDANT

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

STEVE AVERY,            BEING DULY SWORN, DEPOSES AND SAYS THAT
HE IS OVER THE AGE 18 YEARS, RESIDES IN THE STATE OF NEW YORK AND IS NOT A PARTY
TO THIS ACTION.   THAT ON THE 19TH DAY OF APRIL 2006 AT 12:10 PM
AT THE OFFICE OF THE SECRETARY OF STATE OF THE STATE OF NEW YORK IN THE CITY OF
ALBANY, NEW YORK, HE SERVED THE

CIVIL COVER SHEET; SUMMONS AND COMPLAINT; RULE 7.1. DISCLOSURE STATEMENT;
NOTICE OF APPEARANCE OF JOSEPH A. GERSHMAN; NOTICE OF APPEARANCE OF JOSHUA S.
BAUCHNER; NOTICE OF MOTION TO APPOINT RECEIVER; UNOFFICIAL ON-SHORE
CREDITORS' COMMITTEE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO APPOINT A
RECEIVER; PROPOSED ORDER; DECLARATION OF JOSEPH A. GERSHMAN, INCLUDING ALL
EXHIBITS ATTACHED THERETO; DECLARATION OF JONATHAN J. FISHER, INCLUDING ALL
EXHIBITS ATTACHED THERETO; INDIVIDUAL PRACTICES OF JUDGE COLLEEN MCMAHON;
AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MARK D. FOX.

UPON: **BAYOU FUND LLC**
THE DEFENDANT IN THIS ACTION, BY DELIVERING TO AND LEAVING WITH
DONNA CHRISTIE         AGENT

IN THE OFFICE OF THE SECRETARY OF STATE OF NEW YORK, TWO TRUE COPIES THEREOF AND
AT THE SAME TIME OF MAKING SUCH SERVICE, DEPONENT PAID SAID SECRETARY OF STATE,
A FEE OF $ 40.00. THAT SAID SERVICE WAS MADE PURSUANT TO SECTION 306 OF THE BCL.

DEPONENT FURTHER DESCRIBES THE PERSON ACTUALLY SERVED AS FOLLOWS:
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BLONDE**   APP. AGE: 35   APP. HT.: 5'5   APP. WT: 130
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
24TH DAY OF APRIL 2006

                                                STEVE AVERY
                                                AETNA CENTRAL JUDICIAL SERVICES
                                                225 BROADWAY
                                                NEW YORK, NY 10007
                                                REF NO: 9KBTF939537